IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0009

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ROBERT GEORGE HORNBACK,

      Defendant and Appellant.

## ORDER

Upon motion of the Appellant and good cause appearing,

IT IS ORDERED that Appellant's Motion to Consolidate is GRANTED.

IT IS FURTHER ORDERED that Cause No. DA 20-0009 and Cause No. DA 20-0125 are consolidated for the purposes of appeal under Cause No. DA 20-0009.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 13 2020